NO. 30379

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

MARY E. WHITE, Petitioner,

vs.

SUPREME COURT OF NEW JERSEY and
CHIEF JUSTICE STUART RABNER, Respondents.

2010 JUL -2 PM 2:00

E.M. RIMANDO
CLERK, APPELLATE COURTS
STATE OF HAWAI'I

FILED

ORIGINAL PROCEEDING

ORDER
(By: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.)

Upon consideration of petitioner Mary E. White's papers dated June 14, 2010 and filed on June 22, 2010, it appears that this proceeding was dismissed on March 23, 2010. Therefore,

IT IS HEREBY ORDERED that the June 22, 2010 papers are dismissed.

IT IS FURTHER ORDERED that the clerk of the appellate court shall not accept any further filings in this case.

DATED: Honolulu, Hawai'i, July 2, 2010.